IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>     v.<br><br>Pal Gas, Inc., Individually and d/b/a Pal Gas,<br><br>            Defendants. | 2:11-cv-02594-GEB-GGH<br><br>ORDER STRIKING DEFENDANT'S ANSWER AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Defendant Pal Gas, Inc. filed an Answer to the Complaint *in propria persona* on December 16, 2011. (ECF No. 6.) However, corporations and other business entities are only permitted to appear in federal court through counsel. See E.D. Cal. R. 183(a); Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-202 (1993) (citations omitted). Therefore Defendant's Answer is stricken, and Plaintiff shall take the steps necessary to prosecute this action as a default matter. See Rojas v. Hawgs Seafood Bar, Inc., No. C08-03819, 2009 WL 1255538, at *1 (N.D. Cal. 2009) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it."). No later than February 27, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or Show Cause in a filing why this action should not be dismissed for failure of prosecution.

1  Further, the status conference scheduled for hearing on
2 January 30, 2012, is continued to commence at 9:00 a.m. on April 23,
3 2012. A status report shall be filed fourteen (14) days prior to the
4 status conference in which Plaintiff is required to explain the status
5 of the default proceedings.
6  IT IS SO ORDERED.

Dated:  January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2