IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                   )
                                    )   2:11-cv-02594-GEB-GGH
            Plaintiff,              )
                                    )
      v.                            )   ORDER STRIKING DEFENDANT'S
                                    )   ANSWER AND CONTINUING STATUS
Pal Gas, Inc., Individually and     )   (PRETRIAL SCHEDULING)
d/b/a Pal Gas,                      )   CONFERENCE
                                    )
            Defendants.             )
_____ )

Defendant Pal Gas, Inc. filed an Answer to the Complaint *in propria persona* on December 16, 2011. (ECF No. 6.) However, corporations and other business entities are only permitted to appear in federal court through counsel. See E.D. Cal. R. 183(a); Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-202 (1993) (citations omitted). Therefore Defendant's Answer is stricken, and Plaintiff shall take the steps necessary to prosecute this action as a default matter. See Rojas v. Hawgs Seafood Bar, Inc., No. C08-03819, 2009 WL 1255538, at *1 (N.D. Cal. 2009) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it."). No later than February 27, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or Show Cause in a filing why this action should not be dismissed for failure of prosecution.

1

Further, the status conference scheduled for hearing on January 30, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge